454 A.2d 158

In the Matter of Robinson, Appellant.

Argued October 12, 1982. Carmela Presogna, Assistant Public Defender, for appellant; William A. Dopierala, for Children's Services, participating party.

600

Before CERCONE, P.J., WIEAND and BECK, JJ.

Appeal dismissed as moot.